[No. 3476–3–III. Division Three. January 6, 1981.]

*In the Matter of the Marriage of* RICHARD
H. MEYER, *Appellant, and* WANDA
K. MEYER, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 229633, John J. Ripple, J., entered May 23, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.

[No. 3145–4–III. Division Three. January 6, 1981.]

FREIDA OWEN, *Appellant,* v. THEODORE
L. MCMILLAN, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 239346, Richard J. Ennis, J. Pro Tem., entered October 2, 1978. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 3526–3–III. Division Three. January 6, 1981.]

*In the Matter of the Marriage of* CHARLES A.
NEHRHOOD, *Appellant, and* BERNADINE
A. NEHRHOOD, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 249415, William J. Grant, J., entered June 22, 1979. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.